# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Grace Albanese,<br><br>　　Plaintiff<br><br>v.<br><br>Las Vegas Police Department,<br><br>　　Defendant | 2:17-cv-01972-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

Pro se plaintiff Grace Albanese brings yet another action against the Las Vegas Police Department, this time for stalking and police involvement/indifference. Magistrate Judge Koppe recommends that I dismiss this case.[1]

The report and recommendation was entered August 17, 2017, making August 31, 2017, the deadline to file an objection. Albanese has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 4] is ACCEPTED and ADOPTED**; and Albanese's case is **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED: September 6, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 4.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyn-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).